FILED'06 MAY 04 14:36 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| WARREN COVEY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-1293-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IAN DUNCAN, GARTH GULICK, | ) | |
| JAN DAHLIN, STEPHEN SMITH, IRENE | ) | |
| FOLKMAN, and JOHN and JANE DOES | ) | |
| 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

Michelle R. Burrows
618 N. W. Glisan, Suite 203
Portland, Oregon 97209

    Attorney for Plaintiff

Page 1 - ORDER

Hardy Myers
Attorney General
Leonard W. Williamson
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon 97301-4096

    Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on March 22, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Defendants have filed objections to the Findings and Recommendation. Plaintiff has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in defendants' objections to the Findings and Recommendation, I find no error. I do note that on page 5 of the Findings and Recommendation, a typographical error appears. The date Brown received a response to his grievance was March 21, 2005, and not March 21, 2006.

///

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#29), with the modification noted above, and DENY Defendants' Motion to Dismiss–Failure to Exhaust (#8).

Dated this _____4th_____ day of May, 2006.

                                                        /s/ Garr M. King
                                                        Garr M. King
                                                        United States District Judge