MICHELLE R. BURROWS OSB 86160
Attorney at Law
618 NW Glisan, Ste. 203
Portland OR 97209
503/241-1955
503/241-3127(facsimile)
e:mail: mrburrows@qwest.net

Attorney for Plaintiff Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORRIS LAM, Personal Representative for the Estate of Warren Brown,<br><br>Plaintiff,<br><br>v.<br><br>IAN DUNCAN, et al,<br><br>Defendants. | Case No. 05-1293PK<br><br>PLAINTIFF'S REPORT OF SETTLEMENT |

Comes now Plaintiff and advises the court of the settlement of the above captioned matter. The parties are completing the final details and upon completion Plaintiff will file an unopposed Motion to Dismiss. Insofar as there are case management deadlines pending, the parties move the court to suspend those pending final dismissal.

Dated this 15th day of May 2007.

Respectfully submitted,

/s/   Michelle R Burrows
Michelle R. Burrows OSB86160
Attorney for Plaintiff

Page 1 —PLAINTIFF'S REPORT OF SETTLEMENT